# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**Civil Division**

**FILED**

NOV 1 7 2006

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

**ANTHONY CROSBY**　　　　　　　　　:
**3714 Dunlap Street**　　　　　　　　:
**Temple Hills, MD 20748**　　　　　:
　　　　　　　　　　　　　　　　　　:
　　　　　　**v.**　　　　　　　　　　:

**THE UNITED STATES OF AMERICA**　　CASE NUMBER  1:06CV01971
**DEPARTMENT OF JUSTICE**
**950 Pennsylvania Avenue, NW**　　　JUDGE: Emmet G. Sullivan
**Washington, DC 20530**
　　　　　　　　　　　　　　　　　　DECK TYPE: Personal Injury/Malpractice
**Defendant**　　　　　　　　　　　　DATE STAMP: 11/17/2006

## COMPLAINT

### (Negligence)

## I. Jurisdiction

1.    This is a civil action seeking compensatory damages for injuries suffered by Anthony Crosby. This action arises under the Federal Tort Claims Act (FTCA 28 U.S.C. §§ 1346 (b), 2617, et seq.,)

## II. Parties

2.    Plaintiff, Anthony Crosby is an adult natural person who, at all times relevant to this action, was incarcerated in the District of Columbia.

3.    Defendant, United State of America is the lawfully constituted government which operates in the District of Columbia through its numerous agencies and departments including the United States Parole Commission, the Court Services and Offender Supervision Services Agency for the District of Columbia, and The United States Marshall Service.

**RECEIVED**

OCT 3 0 2006

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

- 1 -

### III. **Factual Background**

4.      On September 12, 2003, the Court Services and Offender  Supervision Services Agency

for the District of Columbia, through Parole Officer Derek Thomas, issued a Report of Alleged

Violations of parolee Melvin Crosby (DCDC# 175-772) to the United States Parole Commission.

On October 21, 2003 the United States Parole Commission incorrectly issued a Parole Violator

Warrant alleging that Mr. Anthony Crosby committed administrative violations of his parole.

The warrant should have named Melvin Crosby as the violator of parole as was indicated on

Officer Derek Thomas's report to the US Parole Commission.  On October 18, 2005, Anthony

Crosby was arrested by the State of Maryland for failing to either pay a fine of $45.00 or to

appear in court to contest a charge of driving a motor vehicle on a suspended out of state license.

Upon being arrested on this charge, he was then also accused of being a parole violator due to

the aforesaid US Parole Commission warrant. Mr. Anthony Crosby was then taken to DC Jail

and unlawfully held for approximately ten days prior to his release. He protested constantly that

he was not on parole and that he was being held improperly but his claims were not investigated

until shortly before his release.  At that time,  it was determined that Anthony Crosby was not the

person who was on parole and he was released approximately eight hours later.


5.      Notice of Claims for Damage was sent on March 6, 2006 to the Court Services and

Offender  Supervision Services Agency for the District of Columbia,,  the United States Parole

Commission, and the United States Marshall Service. The Offender Supervision Agency denied

the claim in writing on September 29, 2006, while the Parole Commission and Marshall service

did not respond  within six months. Plaintiff has exhausted his administrative remedies.

## COUNT ONE

### (Negligence- United States)

6.    Plaintiffs, hereby incorporates paragraphs 1-5, *supra*, by reference.

7.    The United States failed to take reasonable care when it issued a warrant for the arrest of Anthony Crosby for the alleged parole violations of Melvin Crosby. The United States Parole Commission, the United States Marshall Service and the Court Services and Offender Supervision Services Agency for the District of Columbia, also failed to investigate, on a timely and reasonable basis, Anthony Crosby's claims that the wrong person had been arrested and detained.

8.    As a direct and proximate result of the above-described negligent acts, plaintiff suffered loss of liberty, and mental anguish and emotional distress.

**WHEREFORE,** plaintiff prays for a judgment against defendants awarding compensatory damages in the amount of $500,000 (Five Hundred Thousand Dollars) for plaintiff, allowable costs of this suit, and any other relief deemed appropriate by the court and permitted by law.

**GEOFFREY D. ALLEN**

By: _____
Geoffrey D. Allen
D.C. Bar No. 288142
1730 Rhode Island Ave, NW.
Suite 206
Washington, DC  20036
 (202) 797-8200
Attorney for Plaintiff

- 3 -

B 06-1971 EGS

## CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

---

**I (a) PLAINTIFFS**

Anthony Crisby

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

Pro Se (DTP)

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

**DEFENDANTS**

The United States of America, et al.,

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TR

CASE NUMBER: 1:06CV01971

JUDGE: Emmet G. Sullivan

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 11/17/2006

---

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government
    Plaintiff

☐ 3 Federal Question
    (U.S. Government Not a Party)

Ⓧ 2 U.S. Government
    Defendant

☐ 4 Diversity
    (Indicate Citizenship of Parties
    in item III)

**III CITIZENS**
FOR PLAINTIFF

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

---

## IV.  CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

**☐ A.  Antitrust**

☐ 410 Antitrust

**Ⓧ B.  Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
Ⓧ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**☐ C.  Administrative Agency Review**

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D.  Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

---

**☐ E.  General Civil (Other)  OR  ☐ F.  Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| □ **G.  Habeas Corpus/ 2255** | □ **H.  Employment Discrimination** | □ **I.  FOIA/PRIVACY ACT** | □ **J.  Student Loan** |
|---|---|---|---|
| □ **530 Habeas Corpus-General** <br> □ **510 Motion/Vacate Sentence** | □ **442 Civil Rights-Employment** (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation) <br><br> *(If pro se, select this deck)* | □ **895 Freedom of Information Act** <br> □ **890 Other Statutory Actions** (if Privacy Act) <br><br> *(If pro se, select this deck)* | □ **152 Recovery of Defaulted Student Loans (excluding veterans)** |

| □ **K.  Labor/ERISA (non-employment)** | □ **L.  Other Civil Rights (non-employment)** | □ **M.  Contract** | □ **N.  Three-Judge Court** |
|---|---|---|---|
| □ **710 Fair Labor Standards Act** <br> □ **720 Labor/Mgmt. Relations** <br> □ **730 Labor/Mgmt. Reporting & Disclosure Act** <br> □ **740 Labor Railway Act** <br> □ **790 Other Labor Litigation** <br> □ **791 Empl. Ret. Inc. Security Act** | □ **441 Voting (if not Voting Rights Act)** <br> □ **443 Housing/Accommodations** <br> □ **444 Welfare** <br> □ **440 Other Civil Rights** <br> □ **445 American w/Disabilities-Employment** <br> □ **446 Americans w/Disabilities-Other** | □ **110 Insurance** <br> □ **120 Marine** <br> □ **130 Miller Act** <br> □ **140 Negotiable Instrument** <br> □ **150 Recovery of Overpayment & Enforcement of Judgment** <br> □ **153 Recovery of Overpayment of Veteran's Benefits** <br> □ **160 Stockholder's Suits** <br> □ **190 Other Contracts** <br> □ **195 Contract Product Liability** <br> □ **196 Franchise** | □ **441 Civil Rights-Voting (if Voting Rights Act)** |

**V.  ORIGIN**

| ☒ **1 Original Proceeding** | □ **2 Removed from State Court** | □ **3 Remanded from Appellate Court** | □ **4 Reinstated or Reopened** | □ **5 Transferred from another district (specify)** | □ **Multi district Litigation** | □ **7 Appeal to District Judge from Mag. Judge** |
|---|---|---|---|---|---|---|

---

**VI.  CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

28 USC 1346

---

**VII.  REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS   □ ACTION UNDER F.R.C.P. 23   **DEMAND $** ○   Check YES only if demanded in complaint   **JURY DEMAND:** □ YES   ☒ NO

**VIII.  RELATED CASE(S) IF ANY**   (See instruction)   □ YES   □ NO   If yes, please complete related case form.

**DATE** 11.19.06   **SIGNATURE OF ATTORNEY OF RECORD** NCD

---

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd