IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY CROSBY

    Plaintiff,

v.

                                    Civil Action No. 06 011971
                                    EGS

THE UNITED STATES OF AMERICA
    Defendants.

## AFFIDAVIT OF SERVICE

I, Lauren Reighard, state as follows:

1. I am an adult who is not a party and is not less than 18 years of age;
2. I hereby affirm that a Summons, Complaint, Court's Initial Order, have been served upon (name illegible), an authorized employee designated to accept service for the District US Attorney General; and
3. Service was effected by Certified US Mail on January 12, 2007 at 950 Pennsylvania Avenue, NW Washington DC 20530
4. I hereby affirm that a Summons, Complaint, and the Court's Initial Order, have been served upon (name illegible), an authorized employee designated to accept service for Jeffrey Taylor, the US Attorney General for the District of Columbia; and
5. Service was effected on January 12, 2007 at 555 4th Street NW, Washington DC 20530.

Dated: 1/17/07

By: _____
Lauren Reighard
Legal Assistant
1730 Rhode Island Avenue NW
Suite 206
Washington DC 20036

I, Leslie P. Kim, a Notary Public in and for the District of Columbia, do hereby certify that Lauren Reighard whose name is signed to the foregoing Affidavit of Service bearing the date of the 17th day of ~~December 2006~~ January 2007 personally appeared before me in said District, and the said being personally well

- 1 -

known to me as the person who executed the said Waiver, and acknowledged the same to be her act and deed.

Given under my hand and official seal this ____ day of December

My commission expires: _____

Leslie F. Kim
Notary Public, District of Columbia
My Commission Expires 3-21-20__

- 2 -

[Scanned image of USPS PS Form 3811 (Domestic Return Receipt), February 2004, oriented sideways. Addressed to: Harley A. Taylor, 945 4th St NW, Washington DC 20530. Article Number: 7003 2260 0003 3866 7081 (also shown: 7003 2260 0003 3866 7074). Service Type: Certified Mail. Signed by recipient.]