IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY CROSBY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, et al. )<br>)<br>Defendants )<br>) | Civil Action No. 06-1971 (EGS) |

**DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Defendants, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully move this Court for an Enlargement of Time up to and including March 31, 2007 to answer or respond to Plaintiff's Complaint. Plaintiff's counsel does not oppose this Motion.

The additional time is requested because counsel has been unable to complete the discussions with the agencies for the filing of Defendants' response to Plaintiff's Complaint.

This request for enlargement is made in good faith and is in no way designed to delay the proceedings.

Accordingly, it is respectfully requested that Defendants be permitted to respond or answer Plaintiff's Complaint by March 31, 2007.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
WYNEVA JOHNSON, DC Bar # 278515
Assistant United States Attorney
555 4th Street, N.W., E-4106
Washington, D.C.  20530

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTHONY CROSBY** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **UNITED STATES OF AMERICA, <u>et al.</u>** ) <br> ) <br> ) <br> **Defendants** ) <br> ) | Civil Action No. 06-1971 (EGS) |

## ORDER

UPON CONSIDERATION OF Defendants' Unopposed Motion for an Enlargement of Time, and for good cause shown, it is hereby

ORDERED that Defendants' motion is GRANTED.  It is

FURTHER ORDERED that Defendants shall have up to and including March 31, 2007 to answer or respond to Plaintiff's Complaint.

_____
UNITED STATES DISTRICT JUDGE

Defendants' Counsel
Wyneva Johnson
Assistant United States Attorney
555 4th Street, N.W. E-4106
Washington, D.C. 20530

Plaintiff's Counsel
Geoffrey D. Allen
1730 Rhode Island Ave., N.W.
Suite 206
Washington, D.C. 20036