IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY CROSBY | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 06-1971 (EGS)<br>) |
| UNITED STATES OF AMERICA | )<br>)<br>)<br>) |
| Defendant | )<br>) |

## STIPULATION OF SETTLEMENT AND DISMISSAL

Defendant and plaintiff hereby stipulate and agree, by and through their undersigned attorneys, as follows:

1. Defendant and plaintiff do hereby agree to settle and compromise the above-entitled action under the terms and conditions set forth herein.

2. It is agreed that the United States of America will pay and plaintiff Anthony Crosby will accept a payment of $21,000.00. The payment to plaintiff Anthony Crosby is in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatever kind and nature against the defendant, its agents, servants, and employees, arising from, and by reason of any and all known and unknown, foreseen and unforeseen bodily and personal injuries, and the consequences thereof, resulting, and to result, from the same subject matter that gave rise to the above-captioned lawsuit, including any claims against the defendant for wrongful death under survival statutes, which plaintiff now has or may hereafter acquire against the

against the defendant, its agents, servants, and employees. Plaintiff further agrees to reimburse, indemnify, and hold harmless the defendant, its agents, servants, and employees from any and all such causes of action, claims, liens, rights, or subrogated or contribution interests incident to or resulting from the above-entitled litigation or further litigation or the prosecution of claims by or on behalf of plaintiff against any third party or against the defendant.

3. This stipulation for compromise settlement shall not constitute an admission of liability or fault on the part of the defendant, its agents, servants, or employees, and is entered into by both parties for the purpose of compromising disputed claims and avoiding the expenses and risks of further litigation. Consistent therewith, this Agreement may not be used as evidence of liabilities in any present or future proceeding.

4. It is also agreed that the settlement amount of $21,000 for plaintiff Anthony Crosby represents the entire amount of the compromise settlement between plaintiff and the defendant and that the respective parties will each bear their own costs, fees, and expenses and the any attorney's fees owed by the plaintiff will be paid out of the settlement amount and not in addition thereto.

5. It is also understood that pursuant to Title 28, United States Code, Section 2678, attorney's fees for services rendered in connection with this action shall not exceed 25 percent of the amount of the compromise settlement between plaintiff and the defendant.

6. Payment of the settlement amount will be made by check drawn on the United States of America for $21,000.00 made payable to Geoffrey Allen, plaintiff's attorney, and plaintiff Anthony Crosby. Plaintiff's attorney agrees to distribute the settlement proceeds to plaintiff.

7. The above-styled action is dismissed with prejudice from the docket of the Court except that the Court shall have jurisdiction to reinstate this action to resolve a claim of noncompliance with the terms of this stipulation.

Executed this _____ day of April, 2007.

Respectfully submitted,

_____  /s/_____
ANTHONY CROSBY  JEFFREY A. TAYLOR, D.C. BAR # 498610
  Assistant United States Attorney

_____  /s/_____
GEOFFREY D. ALLEN  RUDOLPH CONTRERAS, D.C. Bar # 434122
Plaintiff's Counsel  Assistant United States Attorney
1730 Rhode Island Ave., N.W., Ste. 206
Washington, D.C. 20036

  /s/_____
  WYNEVA JOHNSON, DC Bar #278515
  Assistant United States Attorney
  555 4th Street, N.W., E-4106
  Washington, D.C. 20530

SO ORDERED, on this /s/ day of April, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE